UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| RUSSELL CONRAD GEISSLER,<br><br>Plaintiff,<br><br>v.<br><br>ENGLISH, et al.,<br><br>Defendants. | CAUSE NO. 3:25-CV-447-JD-JEM |

## ORDER

Russell Conrad Geissler, a prisoner without counsel, was granted until June 30, 2025, to file an amended complaint. (ECF 4.) He was cautioned that if he did not do so, the case was subject to dismissal under 28 U.S.C. § 1915A for the reasons outlined in the screening order. (*Id.*) The deadline has passed and he did not file an amended complaint.

For these reasons, this case is DISMISSED pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief can be granted.

SO ORDERED on July 30, 2025

/s/JON E. DEGUILIO
JUDGE
UNITED STATES DISTRICT COURT